IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JUSTIN JOEL COHN          CASE NO.: 13-mj-4027

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following statutorily required standard conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JUSTIN JOEL COHN          CASE NO.: 13-mj-4027

*********************************************************

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

    A.    Defendant shall report to Pretrial Services as directed

    ~~B.~~    ~~Defendant shall maintain or actively seek verifiable employment~~

    B. ℐ.    Defendant shall surrender any passport to the Pretrial Services Office

    C. ℐ.    Defendant shall not obtain a new passport

    D. ℐ.    Defendant's travel is restricted to the Middle District of Tennessee unless he obtains prior approval from Pretrial Services

    E. ℐ.    Defendant shall not have in his possession any firearm, ammunition, or other dangerous weapon

    F. ℐ.    Defendant shall refrain from the excessive use of alcohol

UNITED STATES OF AMERICA v. JUSTIN JOEL COHN          CASE NO.: 13-mj-4027

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

G. ✗.  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

H. ✗.  Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, ~~a remote alcohol testing system~~, and/or any form of prohibited substance screening or testing

I. ✗.  Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

J. ✗.  Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

K. ✗.  Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

L. ✗.  Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

N. Defendant shall have no contact with his neighbor, Justin McCord

O. Defendant shall be placed in the third party custody of his parents, Gerald and Diane Cohn, and reside with them in their home

P. Defendant shall be placed on a 24 hour curfew to be determined by Pretrial Services ~~with~~ for medical needs, court appearances, meeting w/ counsel, religious services, and counseling / therapy

P. Defendant shall have NO communication w/ Denise Cohn about the circumstances of this case

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JUSTIN JOEL COHN      CASE NO.: 13-mj-4027

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: March 6, 2013

_____
Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

_____
UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):

| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | - 736-5047 |

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.