IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JUSTIN JOEL COHN     NO. 13-mj-4027

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release to a third-party custodian will assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the following condition:

**The defendant is placed in the third-party custody of:**

(Name of Persons)    Gerald and Diane Cohn

(Street Address)    1022 Stonebridge Park Drive

(City, State, Zip Code)    Franklin, TN 37069

(Tel. Nos., Work and Home)    Work:    n/a

                             Home:    376-2712

                             Cell: Gerald Cohn 481-8208      Diane Cohn 289-3819

who agree(s) **(a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any condition of release or disappears** _or if the behavior of defendant changes in any significant way._

By affixing ~~my~~(our) signatures hereto, ~~I~~(we), the above-designated third-party custodian(s), understand that ~~my~~(our) failure to abide by this agreement may subject me(us) to contempt of court proceedings.

March 6, 2013        _Gerald Cohn_
Date                       Third-Party Custodian

                             _Diane Cohn_
                             Third-Party Custodian

It is so ORDERED.

UNITED STATES MAGISTRATE JUDGE