IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 13-mj-4027 |
| | ) | |
| JUSTIN JOEL COHN | ) | |

## ORDER

Defendant appeared before the undersigned on March 6, 2013, for a hearing on the Government's motion for detention. After hearing the proof and arguments, the Court found that there were conditions of release that would satisfy the Court that defendant would not be a danger to the community. Conditions of release were entered, including the third party custody of defendant's parents. The Government moved for a stay of defendant's release. The Court granted the stay until 4:00 p.m., Thursday, March 7, 2013. The Government shall seek a stay from the District Judge beyond 4:00 p.m., on Thursday, March 7, 2013, otherwise the U.S. Marshal may release the defendant to the custody of his parents, Gerald and Diane Cohn.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

March 6, 2013
5:45 pm