UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 13-MJ-4027 |
| | ) | Judge Sharp |
| JUSTIN JOEL COHN | ) | |

## ORDER

In accordance with the discussions at the hearing held this date, the Government's Motion for Immediate Stay of Release (Docket No. 17) is hereby GRANTED, and the Orders Setting Conditions of Release as to Defendant Justin Joel Cohn (Docket Nos. 14 & 115) are hereby STAYED pending further Order of the Court.

The Court will hold a hearing on the Government's Appeal of Magistrate Judge's Decision (Docket No. 18) at 10:00 a.m. on March 15, 2013. The Defendant shall file any response to the Government's appeal on or before the close of business on March 12, 2013, and the Government shall have until the close of business on March 14, 2013 to file any reply.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE